UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LUCIO PEREZ-MENDEZ,
Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 3:26-cv-4646-CAB-BJW

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Lucio Perez-Mendez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner, a native and citizen of Mexico, was previously detained by immigration authorities in 2018 for approximately one week before being released. [Petition at 2.] He was recently re-detained on July 30, 2026. [*Id.* at 3.]

///

///

///

The Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases of re-detention under 8 U.S.C. § 1226(b) where there is no evidence of changed circumstances or the need for detention for purposes of removal. Respondents are **ORDERED** to immediately release Petitioner Lucio Perez-Mendez under the same conditions of release that existed immediately prior to his most recent re-detention. The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge